Case: 1:22-cv-00104 Document #: 28 Filed: 05/24/22 Page 1 of 1 PageID #:90     SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

**MAY 24 2022**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

TERRY ERICKSON )
  Plaintiff )
 ) Case Number: 1:22-CV-00104
 )
 ) Judge: GARY FEINERMAN
v. )
 )
SERGIO & BANKS ) Magistrate Judge: JEFFERY COLE
VILLAGE OF ROSELLE )
  Defendant )

## MOTION TO REMOVE A DEFENDANT

THE PLAINTIFF REQUESTS THAT ONE OF THE DEFENDANTS, "SERGIO AND BANKS" DBA ROSELLE STATION APARTMENTS AND ITS LAWYERS BE REMOVED FROM THIS CASE. ONLY "SERGIO AND BANKS" SHOULD BE REMOVED AND THE COMPLAINT AGAINST THE "VILLAGE OF ROSELLE" AND ITS LAWYERS STAY/IS UNCHANGED.

RECENT RESEARCH INDICATES THAT "SERGIO AND BANKS" IS NOT INVOLVED IN THE INCIDENTS STATED IN THE COMPLAINT AS PREVIOUSLY THOUGHT. REMOVAL OF THEM AS DEFENDANT WILL RELEASE THEM OF ANY FUTURE BURDEN OF THE COMPLAINT.

TERRY ERICKSON, PLAINTIFF
20 au
5/24/2022

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]