# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Terry L Erickson

                                    Plaintiff,

v.                                                              Case No.: 1:22–cv–00104
                                                                Honorable Gary Feinerman

Sergio & Banks, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 26, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion to remove defendant [28] is granted. Plaintiff's claims against Defendant Sergio & Banks are voluntarily dismissed, and the Clerk is directed to terminate Sergio & Banks as a party defendant and to re–style the case to make Village of Roselle, Illinois the lead defendant. This order is without prejudice to Defendant Village of Roselle filing third–party claims against Sergio & Banks. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.