## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| TERRY ERICKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2022 CV 104 |
| ) | |
| VILLAGE OF ROSELLE ) | Judge Gary Feinerman |
| ) | |
| Defendant ) | |

### STIPULATION TO DISMISS CAUSE OF ACTION

IT IS HEREBY stipulated and agreed by and through Plaintiff, TERRY ERICKSON, *pro-se*, and lead counsel for Defendant, VILLAGE OF ROSELLE, that this matter be dismissed <u>without</u> prejudice, to be automatically converted to a dismissal <u>with</u> prejudice within thirty (30) days from entry of the date of this Court's Order, unless a party has moved to extend this date prior to the expiration of the thirty (30) days.

**SO STIPULATED BY:**

/s/Michael R. Hartigan
Michael R. Hartigan
Lead attorney for Defendant
Village of Roselle
Hartigan & O'Connor, P.C.
53 W. Jackson Blvd, Suite 460
Chicago, IL 60604
(312)235-8881
mhartigan@hartiganlaw.com

**SO STIPULATED BY:**

/s/Terry Erickson
Terry Erickson, *Pro-Se*
765 E. Irving Park Road, Apt. A
Roselle, IL 60172
(847)284-2190
terry@terryerickson.org